UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OSCAR DELGADO,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., DR.
KURT OSMUNDSON, DR. RODERICK
MATTICKS, DR. JANSSEN WILLIAMS,
and HEATHER CARPENTER WAMPLER,

    Defendants.

Case No. 16-cv-656-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 23, 2018**        **JUSTINE FLANAGAN, Acting Clerk of Court**

                                        **s/ Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**